# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-7166 DOC (JCG) | Date | February 13, 2015 |
|---|---|---|---|
| Title | *Jose Vasquez v. Twin Towers Correctional Facility Urgent Care, et al.* | | |

| Present: The Honorable | Jay C. Gandhi, United States Magistrate Judge | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: | |
| None Appearing | None Appearing | |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED

On December 16, 2014, Plaintiff was granted permission pursuant to 28 U.S.C. § 1915(b)(1) to file the above-referenced action without paying the full filing fee of $350.00. [*See* Dkt. No. 2 ("Order").] However, Plaintiff was ordered to pay an initial partial filing fee of $5.55 within thirty (30) days to the Clerk of Court. (*See id.*)

On January 6, 2015, the Order was returned to the Court by the U.S. Postal Service with a notation that Plaintiff had been released from state custody. [*See* Dkt. No. 4.]

To date, Plaintiff has neither (1) paid the initial filing fee, nor (2) filed a Notice of Change of Address with the Court. *See* 28 U.S.C. § 1915(b)(1); L.R. 41-6.

Accordingly, within **fourteen days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. If Plaintiff pays the initial filing fee and files a Notice of Change of Address by **February 27, 2015**, he need not separately respond to this Order to Show Cause.

Plaintiff is cautioned that his failure to timely respond to this Order to Show Cause will be deemed consent to the dismissal without prejudice of this action.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-7166 DOC (JCG) | Date | February 13, 2015 |
|---|---|---|---|
| Title | *Jose Vasquez v. Twin Towers Correctional Facility Urgent Care, et al.* | | |

cc: Parties of Record

00 : 00
Initials of Clerk    kh