# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JOSE VASQUEZ,

               Plaintiff,

        v.

TWIN TOWERS CORRECTIONAL
FACILITY URGENT CARE, et al.,

               Defendants.

Case No. CV 14-7166 DOC (JCG)

**ORDER ACCEPTING REPORT AND
RECOMMENDATION OF UNITED
STATES MAGISTRATE JUDGE**

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the

Magistrate Judge's Report and Recommendation, and the remaining record, and has

made a *de novo* determination.  No objections to the Report and Recommendation

have been filed.

//

//

//

//

//

//

//

Accordingly, IT IS ORDERED THAT:

1.   The Report and Recommendation is approved and accepted.

2.   Judgment be entered dismissing this action without prejudice.

3.   The Clerk serve copies of this Order and the Judgment on the parties.

DATED:  April 9, 2015 _____        _____

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE