JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VASQUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TWIN TOWERS CORRECTIONAL FACILITY URGENT CARE, et al.,<br><br>　　　　　Defendants. | Case No. CV 14-7166 DOC (JCG)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED:  April 9, 2015                               　　　　　/s/ David O. Carter

　　　　　　　　　　　　　　　　　　HON. DAVID O. CARTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE